# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| City of Stockbridge, Georgia; Elton Alexander; John Blount; Urban Redevelopment Agency of the City of Stockbridge, <br><br> Plaintiffs, <br><br> v. <br><br> State of Georgia; Governor Nathan Deal, in his official capacity; Secretary of State Brian Kemp, in his official capacity; Tina Lunsford, in her official capacity, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:18-CV-3961 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BRIAN KEMP

Plaintiffs the City of Stockbridge, Georgia ("Stockbridge"), the Urban Redevelopment Agency of the City of Stockbridge ("Stockbridge URA"), Elton Alexander, and John Blount (Plaintiffs Alexander and Blount are referred to herein together as the "Voter Plaintiffs") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss all claims against Defendant Brian Kemp without prejudice.  This Notice does not effect a dismissal of any claims against Defendants State of Georgia, Governor

Nathan Deal, and Tina Lunsford (the "Remaining Defendants").  All claims in the Complaint against the Remaining Defendants remain pending before the Court.

Respectfully submitted this 5th day of September, 2018.

>*/s/ Christopher S. Anulewicz*
>Michael J. Bowers
>Georgia Bar No. 71650
>Christopher S. Anulewicz
>Georgia Bar No. 020914
>**BALCH & BINGHAM LLP**
>30 Ivan Allen Jr. Blvd. N.W., Suite 700
>Atlanta, Georgia 30308
>Telephone: (404) 261-6020
>Facsimile: (404) 261-3656
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Court using the CM/ECF system which will automatically send e-mail notifications of such filings to the all attorneys of record on this 5th day of September, 2018.

*/s/ Christopher S. Anulewicz*
Christopher S. Anulewicz
Georgia Bar No. 020914