IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| City of Stockbridge, Georgia; Elton Alexander; John Blount; and Urban Redevelopment Agency of the City of Stockbridge, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:18-CV-3961-LMM |
| State of Georgia; Governor Nathan Deal, in his official capacity; and Tina Lunsford, in her official capacity, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS STATE OF GEORGIA AND GOVENOR NATHAN DEAL**

Plaintiffs the City of Stockbridge, Georgia ("Stockbridge"), the Urban Redevelopment Agency of the City of Stockbridge ("Stockbridge URA"), Elton Alexander, and John Blount (Plaintiffs Alexander and Blount are referred to herein together as the "Voter Plaintiffs") by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss all claims against Defendants State of Georgia and Governor Nathan Deal without

prejudice.  This Notice does not effect a dismissal of any claims against Defendant Tina Lunsford ("Lunsford").  All claims in the Complaint against Defendant Lunsford remain pending before the Court.

Respectfully submitted this 11th day of September, 2018.

/s/ Christopher S. Anulewicz
Michael J. Bowers
Georgia Bar No. 71650
Christopher S. Anulewicz
Georgia Bar No. 020914
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed with the Court using the CM/ECF system which will automatically send e-mail notifications of such filings to the all attorneys of record on this 11th day of September, 2018.

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar No. 020914