# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CITY OF STOCKBRIDGE, GEORGIA; ELTON ALEXANDER; JOHN BLOUNT; and URBAN REDEVELOPMENT AGENCY OF THE CITY OF STOCKBRIDGE, <br><br> Plaintiffs, <br><br> v. <br><br> TINA LUNSFORD, in Her Individual and Official Capacities as the Henry County Elections and Registration Director; ANDY CALLAWAY, JON KIRKPATRICK, MILDRED SCHMELZ, DAN RICHARDSON, and ARCH BROWN, in Their Individual and Official Capacities as Members of the Henry County Board of Elections and Registration; <br><br> Defendants. | CIVIL ACTION NO. <br> 1:18-CV-03961-LMM |

## NOTICE OF FILING OF VERIFICATION

COME NOW Plaintiffs City of Stockbridge, Georgia, the Urban Redevelopment Agency of the City of Stockbridge, Elton Alexander and John

Blount by and through their counsel of record in the above styled matter and hereby attach for filing the Verification to Plaintiffs Amended Complaint, attached hereto as Exhibit "A".

Respectfully submitted this 13th day of September, 2018.

                                          BALCH & BINGHAM, LLP

                                          By:  /s/ Christopher S. Anulewicz
                                                Michael J. Bowers
                                                Georgia Bar No.0 71650
                                                Christopher S. Anulewicz
                                                Georgia Bar No. 020914
                                                ***Attorneys for the Plaintiffs***

                                                30 Ivan Allen Jr. Blvd. N.W., Suite 700
                                                Atlanta, Georgia 30308
                                                Telephone: (404) 261-6020
                                                Facsimile: (404) 261-3656
                                                E-Mail: mbowers@balch.com
                                                E-Mail: canulewicz@balch.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed with the Court using the CM/ECF system which will automatically send e-mail notifications of such filings to the all attorneys of record on this 13th day of September, 2018.

        /s/ Christopher S. Anulewicz
        Christopher S. Anulewicz
        Georgia Bar No. 020914