IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CAPITAL ONE PUBLIC FUNDING, LLC, | : | |
| Plaintiff, | : | |
| v. | : | |
| TINA LUNSFORD, *et al.*, | : | CIVIL ACTION NO. 1:18-CV-3938-LMM |
| Defendants. | : | |

| | | |
|---|---|---|
| CITY OF STOCKBRIDGE, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | |
| TINA LUNSFORD, *et al.*, | : | CIVIL ACTION NO. 1:18-CV-3961-LMM |
| Defendants. | : | |

## **ORDER**

Upon a *sua sponte* review of these matters, Plaintiffs in both actions are **ORDERED** by Thursday September 20, 2018 to brief the following issues:

1. Whether this matter is ripe, when the Act does not go into effect unless the residents vote to deannex the City of Eagle's Landing, <u>see</u> SB 263 § 7.13; and,

2. As Plaintiffs substantively allege the De-Annexation Acts violate the Contract Clause, whether the State or its representatives are necessary parties under Rule 19? <u>See, e.g.</u>, <u>Vesta Fire Ins. Corp. v. State of Fla.</u>, 141 F.3d 1427, 1433 (11th Cir. 1998) ("The Contract Clause of the United States Constitution provides that '[n]o *State* shall . . . pass any . . . Law impairing the Obligation of Contracts.'") (emphasis added).

Defendants are also **ORDERED** to be prepared to discuss these matters at Monday's hearing.

**IT IS SO ORDERED** this 17th day of September, 2018.

Leigh Martin May
**United States District Judge**