IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CITY OF STOCKBRIDGE, GEORGIA et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TINA LUNSFORD et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.<br>1:18-CV-3961-LMM |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants hereby stipulate and agree that the above-referenced matter is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs and Defendants shall each bear its respective attorneys' fees and costs.

Respectfully submitted this 15th day of November, 2018.

[signatures appear on following page]

268636.1

| | |
|---|---|
| /s/ Christopher S. Anulewicz | /s/ Robert E. Wilson |
| Michael J. Bowers | Robert E. Wilson |
| Georgia Bar No. 071650 | Georgia Bar No. 768950 |
| Christopher S. Anulewicz | Stephen G. Quinn |
| Georgia Bar No. 020914 | Georgia Bar No. 153012 |
| **BALCH & BINGHAM, LLP** | Michael J. Williams |
| 30 Ivan Allen Jr. Blvd. N.W. | Georgia Bar No. 763239 |
| Suite 700 | **WILSON, MORTON & DOWNS, LLC** |
| Atlanta, GA 30308 | 125 Clairemont Avenue |
| Telephone: (404) 261-6020 | Two Decatur Town Center, Suite 420 |
| Facsimile: (404) 261-3656 | Decatur, GA 30030 |
| Email: mbowers@balch.com | Telephone: (404) 377-3638 |
| Email: canulewicz@balch.com | Facsimile: (404) 941-3456 |
| | Email: bwilson@wmdlegal.com |
| *Attorneys for Plaintiffs* | Email: squinn@wmdlegal.com |
| | Email: mwilliams@wmdlegal.com |
| | |
| | *Attorneys for Plaintiffs* |

| | |
|---|---|
| /s/ W. Thomas Lacy, Jr. | /s/ Cristina M. Correia |
| W. Thomas Lacy, Jr. | Cristina M. Correia |
| Georgia Bar No. 431032 | Georgia Bar No. 188620 |
| Richard P. Lindsey | Senior Assistant Attorney General |
| Georgia Bar No. 453066 | 40 Capitol Square, SW |
| **LINDSEY & LACY, PC** | Atlanta, GA 30334 |
| 2002 Commerce Drive N. | Telephone: (404) 656-7063 |
| Suite 300 | Facsimile: (404) 657-8733 |
| Peachtree City, GA 30269 | Email: ccorreia@law.ga.gov |
| Telephone: (770) 486-8445 | |
| Facsimile: (770) 486-8889 | *Attorney for Attorney General of the State* |
| Email: tlacy@llptc.com | *of Georgia* |
| Email: rick@llptc.com | |

*Attorneys for County Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed with the Court using the CM/ECF system which will automatically send e-mail notifications of such filings to the all attorneys of record on this 15th day of November, 2018.

/s/ Christopher S. Anulewicz
Christopher S. Anulewicz
Georgia Bar No. 020914